UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARGON REPAIR AND MAINTENANCE, INC.,

Case No. 19-46215-lsg
Chapter 7
Hon. Lisa S. Gretchko

Debtor.
_____________________________________/

TIMOTHY J. MILLER, Trustee,

Plaintiff,

v.

Adv. Pro. 21-04105-lsg

DICKINSON WRIGHT PLLC,
PARRIS CONSTRUCTION SERVICES LLC,
DEEAN T. PARRIS,
TONIA SUZETTE SHORT-ROSE,
SAMUEL GREGORY ROSE,
DANIEL D. QUICK, and MICHAEL RAYMOND,

Defendants.

_____________________________________/

**ORDER DISMISSING ADVERSARY PROCEEDING**

This matter came before the Court upon the stipulation ("Stipulation"; ECF No. 56) among Plaintiff Timothy J. Miller, Trustee, and Defendants, Dickinson Wright PLLC, Parris Construction Services LLC, Deean T. Parris, Tonia Suzette Short-Rose, Samuel Gregory Rose, Daniel D. Quick, and Michael Raymond. The

Court has reviewed the Stipulation and other pertinent pleadings and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this adversary proceeding is dismissed, with prejudice, and without assessment of costs to any party.

**Signed on January 9, 2022**

**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**